# United States District Court
## Northern District of Illinois
### Eastern Division

Jay Stone, et al  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 10 C 7727

Board of Election Commissioners for
the City of Chicago

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Court grants Defendant's motion to dismiss Plaintiffs' third amended complaint and dismisses case with prejudice.
**Judgment entered in favor of Defendant Board of Election Commissioners for the City of Chicago and against Plaintiffs Jay Stone, et al.**

Thomas G. Bruton, Clerk of Court

Date: 7/8/2013  _____
/s/ Theresa B. Kinney, Deputy Clerk